# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS OF PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>          Plaintiffs/Judgment Creditors,<br>  vs.<br>VIKING DEMOLITION COMPANY, INC., a California corporation,<br><br>          Defendant/Judgment Debtor. | CASE NO. 08mc622<br><br>Order Denying Ex Parte Application [Doc. No. 2] |

Plaintiffs/Judgment Creditors have filed an ex parte application for an order authorizing private service of a writ of execution in this District. However, Plaintiffs/Judgment Creditors cite Rules from the Central District of California and rely upon factors relative to the operation of the U.S. Marshals Service in that District. As a result, the application is DENIED without prejudice.

**IT IS SO ORDERED**.

**DATED: February 4, 2009**

                                                                     **IRMA E. GONZALEZ, Chief Judge**
                                                                     **United States District Court**